# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID P. BRAHO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH OF ) <br> PENNSYLVANIA, ) <br> ) <br> Respondent. | Civil Action No. 13 – 292 <br><br> Chief Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

David P. Braho ("Petitioner") initiated this action on February 28, 2013, by filing a one page document that is next to impossible to understand. From what the Court can gather, Petitioner appears to be in the military and facing some sort of criminal prosecution. However, even that is an educated guess. Upon receiving his submission, the Court, out of an abundance of caution, construed the filing to be a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and directed Petitioner to pay the $5.00 filing fee. The fee was paid on March 8, 2013, and his petition was docketed that same day. However, to better evaluate his claims, the Court will require that Petitioner refile his habeas petition on the approved habeas form that will be provided to him along with this Order. If Petitioner is not seeking habeas relief, then he must inform the Court as to the relief he is seeking and the basis for his claims so that this case can be handled appropriately.

**AND NOW**, this 12th day of March, 2013;

**IT IS HEREBY ORDERED** that, within **twenty (20) days** from the date of this Order, Petitioner shall either refile his habeas petition on the approved form enclosed herein **or** inform the Court as to the nature of this case if he is not seeking habeas relief. Failure to timely respond will result in a recommendation that this action be dismissed.

By the Court:

 /s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: David P. Braho
    2077 Revere Dr.
    Heritage, PA  16148